In the

# United States Court of Appeals
## for the Seventh Circuit

| | |
|---|---|
| BRIAN ELKINS and ANNIE ELKINS,<br>*Plaintiffs-Appellees*<br><br>v.<br><br>SOUTHEASTERN INDIANA HEALTH MANAGEMENT INC., doing business as COLUMBUS REGIONAL HEALTH,<br>*Defendant-Appellant* | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:23-cv-01117-JRS-TAB<br><br>The Hon. James R. Sweeney, *Judge* |

**Joint Motion to Consolidate Appeals and Re-Set Briefing Schedule**
_____

Pursuant to Federal Rule of Appellate Procedure 27, the parties jointly move to consolidate appeals Nos. 23-3159 (the *Elkins* case); 23-3175 (the *Lamarr* case); 23-3363 (the *Fleece* case); 23-3340 (the *Sarah Bush Lincoln* case); and 23-3385 (the *Chiaro* case) for briefing and oral argument. The parties in Appeal Nos. 23-3175, 23-3363, 23-3340, and 23-3385 do not oppose this motion. The parties in this appeal also ask the Court to reset the briefing schedule and enter an order directing the parties to file a single set of briefs.

## Background

Each of these appeals arises from an order granting a motion to remand a lawsuit to the state court in which it was filed. Each presents the same question of law, based on substantially similar allegations. For at least two of these cases, the district court recognized the legal and factual overlap. *See Lamarr v. Goshen Health Sys., Inc.*, 2023 WL 6690582, at *1 (S.D. Ind. Oct. 12, 2023) ("The case is substantively identical to *Elkins v. Southeastern Indiana Health Management Inc.*, 1:23-cv-01117-JRS-TAB, also pending before this Court … The Court's discussion of the issues follows its disposition of *Elkins*.").

In each case, the defendant-appellants are healthcare providers that maintain websites with online patient portals that—defendants contend—were part of a federal initiative launched and subsidized by the U.S. Department of Health and Human Services. In each case, the plaintiff-appellees represent putative classes of individuals who used the defendant-appellants' websites and/or patient portals. The complaints allege that these websites and/or patient portals include at least one feature—the Meta "Pixel"—that collects information about the users, including personal health information, and shares this information with third parties.

In each case, the defendant filed a notice of removal invoking the federal officer statute, 28 U.S.C. § 1442(a), based on its participation in the HHS initiative. The plaintiffs moved to remand, and the district court

granted those motions in substantially similar orders. The defendants appealed to this Court as of right. *See* 28 U.S.C. § 1447(d) (remand orders falling under § 1442 "shall be reviewable by appeal or otherwise").

**There is Good Cause to Grant the Motion**

Given the common facts and legal issues shared in these appeals, consolidation would serve the interests of judicial economy and conserve the parties' resources. Although the Court has set a briefing schedule in No. 23-3159, the parties to that appeal have yet to submit any briefing. And all parties agree that these appeals can be resolved with a single set of briefs of ordinary length and a single oral argument. In at least one pending appeal of cases in this genre, the Third Circuit has deemed consolidation appropriate. *See Jane Doe v. Redeemer Health, et al.*, Case No. 23-2866, (Nov. 22, 2023, 3d Cir.), ECF No. 19.

The parties further note that there is a significant likelihood that additional notices of appeal, relating to the same federal officer removal question, will be filed during the pendency of the instant consolidated appeal. The parties believe that future remand orders that will be appealed to this Court—in this specific context of healthcare providers with websites and online patient portals seeking federal officer removal—should either be held in abeyance pending this appeal or consolidated with this appeal. The parties also respectfully reserve the right to object to future

consolidations, to the extent those consolidations would interfere with the consolidated briefing schedule set by the Court.

The parties thus respectfully request that this Court consolidate Appeal Nos. 23-3159 (the *Elkins* case); 23-3175 (the *Lamarr* case); 23-3363 (the *Fleece* case); 23-3340 (the *Sarah Bush Lincoln* case); and 23-3385 (the *Chiaro* case), and set a single briefing schedule that contemplates one set of briefs of ordinary length: Appellants' Brief (including the materials required under this Court's Rule 30 for each of the cases), Appellees' Brief, and Appellants' Reply Brief. *See* Fed. R. App. P. 28.

Dated: January 9, 2024  Respectfully submitted,

| /s/ Thomas J. Wiegand | /s/ Peter S. French |
|---|---|
| Thomas J. Wiegand | Peter S. French, Atty. No. 16716-49 |
| Eugene A. Sokoloff | Matthew T. Albaugh, Atty. No. 23293-49 |
| MoloLamken LLP | Vivek R. Hadley, Atty. No. 36260-53 |
| 300 North LaSalle Street | Taft Stettinius & Hollister LLP |
| Chicago, IL 60654 | One Indiana Square, Ste. 3500 |
| (312) 450-6700 (telephone) | Indianapolis, IN 46204 |
| (312) 450-6701 (fax) | (317) 713-3500 – phone |
| twiegand@mololamken.com | (317) 713-3699 – fax |
| esokoloff@mololamken.com | pfrench@taftlaw.com |
| | malbaugh@taftlaw.com |
| Lynn A. Toops | vhadley@taftlaw.com |
| Arend J. Abel | |
| Cohen & Malad, LLP | *Counsel for Defendant-Appellants in No.* |
| One Indiana Square | *23-3159* |
| Suite 1400 | |
| Indianapolis, IN 46204 | |
| (317) 636-6481 (telephone) | |

(929) 239-2968 (fax)
ltoops@cohenandmalad.com
aabel@cohenandmalad.com

*Counsel for Plaintiff-Appellees
in Nos. 23-3159, 23-3175*

## Certificate of Compliance

This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 32(a)(7)(B)(i) and Cir. R. 32(c), because this document contains 645 words, excluding portions exempted by Federal Rule of Appellate Procedure 32(f).

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) and Cir. R. 32(b) because this document has been prepared in a proportionally-spaced typeface in 13-point Palatino Linotype font.

Executed: January 9, 2024                 */s/ Peter S. French*

## Certificate of Service

I hereby certify that on January 9, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                        */s/ Peter S. French*