**UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 22, 2024

***By the Court:***

No. 23-3159

BRIAN ELKINS and ANNIE ELKINS,
*Plaintiffs-Appellees,*

*v.*

SOUTHEASTERN INDIANA HEALTH MANAGEMENT INC., d/b/a COLUMBUS REGIONAL HEALTH,
*Defendant-Appellant.*

Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.

No. 1:23-cv-01117-JRS-TAB

James R. Sweeney II,
*Judge*.

---

No. 23-3175

KAITLIN LAMARR,
*Plaintiff-Appellee,*

*v.*

GOSHEN HEALTH SYSTEM, INC., d/b/a GOSHEN HEALTH,
*Defendant-Appellant.*

Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.

No. 1:23-cv-01173-JRS-MJD

James R. Sweeney II,
*Judge*.

---

No. 23-3340

JOHN DOE,
*Plaintiff-Appellee,*

*v.*

SARAH BUSH LINCOLN
HEALTH CENTER,
*Defendant-Appellant.*

Appeal from the United States District Court for the Central District of Illinois.

No. 2:23-cv-02170-CSB-EIL

Colin S. Bruce,
*Judge.*

---

No. 23-3363

JENNIFER FLEECE,
*Plaintiff-Appellee,*

*v.*

BOARD OF TRUSTEES OF THE
HANCOCK REGIONAL HOSPITAL,
*Defendant-Appellant.*

Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.

No. 1:23-cv-01235-MPB-TAB

Matthew P. Brookman,
*Judge.*

---

No. 23-3385

KEITH CHIARO and JANE DOE,
*Plaintiffs-Appellees,*

*v.*

METHODIST HOSPITALS, INC.,
*Defendant-Appellant.*

Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.

No. 1:23-cv-01051-SEB-CSW

Sarah Evans Barker,
*Judge.*

**O R D E R**

Upon consideration of the **JOINT MOTION TO CONSOLIDATE APPEALS AND RESET BRIEFING SCHEDULE**, filed on January 9, 2024, by counsel for the parties in appeal no. 23-3159,

**IT IS ORDERED** that the motion is **GRANTED**. Appeal nos. 23-3159, 23-3175, 23-3340, 23-3363, and 23-3385 are **CONSOLIDATED** for purposes of briefing and disposition. The parties shall file a single appellants' brief, a single appellees' brief, and a single reply brief that comply with the word limits in Federal Rule of Appellate Procedure 32(a)(7) and Circuit Rule 32(c). Briefing in the consolidated appeals shall proceed as follows:

1. The brief and required short appendix of the appellants are due by February 21, 2024.

2. The brief of the appellees is due by March 22, 2024.

3. The reply brief of the appellants, if any, is due by April 12, 2024.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC** (form ID: **178**)